# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
January 14, 2021

Lyle W. Cayce
Clerk

No. 19-10727
Summary Calendar

Tuwana Stevette Gildon,

*Plaintiff—Appellant*,

*versus*

Nationstar Mortgage, L.L.C.; William Roy Attmore;
Ras Crane L.L.C.; David Stockman, *Substitute Trustee*; ARVM-5 L.L.C.; Patrick Paul Sicotte, *individually*; Nesbitt Vassar;
McCown L.L.P.,

*Defendants—Appellees*.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:19-CV-481

Before Higginbotham, Jones, and Costa, *Circuit Judges*.

Per Curiam:*

Tuwana Stevette Gildon appeals the dismissal of her civil action alleging that her real property was wrongfully foreclosed upon. Finding that

---

* Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.

No. 19-10727

Gildon raised only state law claims, the district court dismissed the action for lack of subject-matter jurisdiction because there did not exist complete diversity between Gildon and the defendants as required to establish jurisdiction under 28 U.S.C. § 1332.  Gildon timely appealed.

In her opening brief, Gildon renews her claims that the defendants wrongfully foreclosed on and sold her property.  However, she briefs no argument that the district court erred in concluding that there was no diversity jurisdiction over her claims.  She has thus waived the sole ground for appeal, and her appeal is DISMISSED.  *See* FED. R. APP. P. 28(a)(8); 5TH CIR. R. 42.2; *Yohey v. Collins*, 985 F.2d 222, 224-25 (5th Cir. 1993).